**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |  |
|---|---|---|
| NUEMI RUIZ | ) | |
| *Plaintiff.* | ) | CIVIL ACTION NO. 4:15-cv-00179-O |
| v. | ) | |
| | ) | |
| STELLAR RECOVERY, INC. | ) | |
| *Defendant.* | ) | |
| | ) | |

## MOTION FOR DISMISSAL

TO THE HONORABLE JUDGE OF THE DISTRICT COURT:

Come now, the Plaintiff Nuemi Ruiz who having reached an agreement with the Defendant in the above styled cause of action hereby files this Motion for Dismissal with prejudice with each party bearing their own costs in this action.

Dated: April 04, 2015

Respectfully Submitted,

_/s/ Nuemi Ruiz_____
Nuemi Ruiz
3309 N. Nichols St.
Fort Worth, TX 76106
(682) 564-6140
nuemiruiz@yahoo.com

## CERTIFICATE OF SERVICE

  I hereby certify that on this 4th day of April, 2015, a true and correct copy of the foregoing was provided via electronic mail to:

**Email: bhutnick@bermanrabin.com**
Benjamin N. Hutnick
Berman & Rabin P.A.
15280 Metcalf
Overland Park, KS 66223

               Respectfully Submitted,


               _/s/ Nuemi Ruiz_____
               Nuemi Ruiz
               3309 N. Nichols St.
               Fort Worth, TX 76106
               (682) 564-6140
               nuemiruiz@yahoo.com